No. —, original. LOUISIANA *v.* CUMMINS ET AL. ██

October 27, 1941. *Per Curiam:* The motion to strike Abraham L. Shushan, the citizen of Louisiana, as a party defendant is granted. The petition for rehearing is granted. Leave to file the complaint is denied. *Massachusetts* v. *Missouri,* 308 U. S. 1, 19–20. *Messrs. Eugene Stanley,* Attorney General of Louisiana, and *James J. Morrison* were on the petition for rehearing. See *ante,* p. 577.

No. —. EX PARTE ROBERT WRIGHT. October 27, 1941. Application denied.

No. —, original. EX PARTE J. L. STEWART. October 27, 1941. Motion for leave to file petition for writ of mandamus denied.

No. 244. READY TRUCK LINES, INC. *v.* UNITED STATES ET AL. November 10, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. § 209 (a), Part II, Interstate Commerce Act, 49 U. S. C., § 309 (a); *United States* v. *Maher,* 307 U. S. 148, 153–4. MR. JUSTICE JACKSON took no part in the consideration and decision of this case. *Messrs. Gerald T. Wiley* and *J. Austin Latimer* for appellant. *Assistant Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.